# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Mark Anthony Hickling          BK NO. 23-00017 MJC
        Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
10 Apr 2023, 09:29:19, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 5:23-bk-00017-MJC   Doc 24   Filed 04/10/23   Entered 04/10/23 15:33:24   Desc
Main Document   Page 1 of 1
Document ID: 3e57142fb71ae63ab4888c422f083d2e2e443dbb4d1ad951756ff90908d8c359