**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re **Mark Antony Hickling**

Debtor(s)

Case No. **5:23-bk-00017**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, a copy of **Order Confirming Chapter 13 Plan dated 4/14/23 (Doc. #26)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**

| Label Matrix for local noticing<br>0314-5<br>Case 5:23-bk-00017-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Apr 14 16:42:28 EDT 2023 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
|---|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Citicards CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Client Services, Inc.<br>P.O. Box 1503<br>Saint Peters, MO 63376-0027 |
| Discover Bank<br>P.O. Box 30939<br>Salt Lake City, UT 84130-0939 | Discover Bank/Discover Products<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Rocket Mortgage<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 | SYNCB/Amazon<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |
| Santander Bank NA<br>P.O. Box 841002-MA1-MB3-01<br>Boston, MA 02284 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Weltman Weinberg & Reis Co., L.P.A.<br>170 S. Independence Mall W.<br>Suite 874W<br>Philadelphia, PA 19106-3334 | Westlake Financial Svcs<br>4751 Wilshire Blvd<br>Ste 100<br>Los Angeles, CA 90010-3847 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Mark Antony Hickling<br>17 Stonegate Court<br>Mount Pocono, PA 18344-1143 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

Exhibit "A"