**Fill in this information to identify the case:**

Debtor 1     MARK ANTONY HICKLING

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE     District of   PA
                                                                        (State)

Case number    23-00017

## Official Form 410C13-N

## Trustee's Notice of Disbursements Made         12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    ROCET MORTGAGE LLC FKA QUICKEN LOANS       **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:    7   7   0   1

**Property address:**     17 STONEGATE COURT
                        Number      Street

                        MOUNT POCONO,     PA      18344
                        City                      State     ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 573.96 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 573.96 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 573.96 |

Case 5:23-bk-00017-MJC    Doc 33    Filed 05/27/26    Entered 05/27/26 07:07:31    Desc
Main Document      Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘  /s/Donna Schott, Funds Manager
    Signature

Date   5 / 27 / 2026

Trustee

| Jack | N | Zaharopoulos |
|------|------|------|
| First Name | Middle Name | Last Name |

Address

8125 Adams Drive, Suite A
Number          Street

| Hummelstown | PA | 17036 |
|-------------|------|------|
| City | State | ZIP Code |

Contact phone  ( 717 ) 566 – 6097

Email  info@pamd13trustee.com

Case 5:23-bk-00017-MJC   Doc 33   Filed 05/27/26   Entered 05/27/26 07:07:31   Desc
Main Document     Page 2 of 3

# Disbursements for Claim

**Case: 23-00017**     **MARK ANTONY HICKLING**

**ROCKET LOAN, LLC**
F/K/A QUICKEN LOANS
635 WOODWARD AVENUE
DETROIT, MI  48226-

Acct No: 7701 - PRE-ARREARS - Stoneg

ARREARS - 17 STONEGATE COURT

Sequence:  24
Modify:
Filed Date:
Hold Code:

|  | | Debt: | $573.96 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $154,005.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $573.96 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **ROCKET LOAN, LLC** | | | | | | | |
| 520-0 | ROCKET LOAN, LLC | | 09/19/2023 | 2029054 | $329.88 | $0.00 | $329.88 | 10/12/2023 |
| 520-0 | ROCKET LOAN, LLC | | 08/09/2023 | 2028038 | $244.08 | $0.00 | $244.08 | 09/08/2023 |
| | | | | Sub-totals: | $573.96 | $0.00 | $573.96 | |
| | | | | Grand Total: | $573.96 | $0.00 | | |