**Fill in this information to identify the case:**

Debtor 1  <u>Mark  Anthony Hickling</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  <u>MIDDLE</u>  District of <u>Pennsylvania</u>
                                                                    (State)

Case number  <u>23-00017 MJC</u>

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**  <u>**Rocket Mortgage, LLC f/k/a Quicken Loans**</u>

**Court claim no**. (if known):  <u>3-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>7701</u>

**Property address:**  <u>**17 Stonegate Court**</u>
Number  Street
<u>**Mount Pocono    PA 18344**</u>
City                      State        ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:     $ <u>573.96</u>                    .

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:     $ _____ .

☐  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response:     $ _____ .

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/ / __.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i.   Date last payment was received on the mortgage:       05 / 26 / 206

    ii.  Date next postpetition payment from the debtor is due:     07 / 01 / 2026

    iii. Amount of the next postpetition payment that is due:    $ 1,794.32

    iv. Unpaid principal balance of the loan:    $ 130,251.80

    v.  Additional amounts due for any deferred or accrued interest:    $ 384.44

    vi. Balance of the escrow account:    $ 2,717.19

    vii. Balance of unapplied funds or funds held in a suspense account:    $ 5.68

    viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $ 0.00

| Part 4 | Itemized Payment History |

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:23-bk-00017-MJC   Doc 36   Filed 06/17/26   Entered 06/17/26 11:25:33   Desc
Main Document    Page 2 of 6

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Maggie Soboleski          Date June 12, 2026

Signature

Name    Maggie Soboleski

First name          Middle name          Last name

Title    Attorney for Secured Creditor

Company    KML Law Group, P.C.

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    701 Market Street, Suite, 5000

Number          Street

Philadelphia                                   PA          19196

City                                   State          ZIP Code

Contact phone    (215) 627-1322                    Email bkgroup@kmllawgroup.com

Case 5:23-bk-00017-MJC    Doc 36    Filed 06/17/26    Entered 06/17/26 11:25:33    Desc
Main Document      Page 3 of 6

<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

</div>

| | |
|---|---|
| **IN RE: Mark Anthony Hickling**<br><div align="right">**Debtor(s)**</div><br>**Rocket Mortgage, LLC f/k/a Quicken Loans**<br><div align="right">**Movant**</div><br><div align="center">**vs.**</div><br>**Mark Anthony Hickling**<br><div align="right">**Debtor(s)**</div><br>**Jack N. Zaharopoulos**,<br><div align="right">**Trustee**</div> | **BK NO. 23-00017 MJC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3-1** |

<div align="center">

**CERTIFICATE OF SERVICE**
**RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE**

</div>

I, Maggie Soboleski of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 17, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mark Anthony Hickling
17 Stonegate Court
Mount Pocono, PA 18344

Attorney for Debtor(s) (via ECF)
Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396, 525 Main Street
Gouldsboro, PA 18424

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail.

Dated: June 17, 2026

**/s/ Maggie Soboleski**
Maggie Soboleski
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
MSoboleski@kmllawgroup.com

June 12, 2026

Mark Anthony Hickling
17 Stonegate Court
Mount Pocono, PA 18344

THIS LAW FIRM MAY BE CONSIDERED A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

RE: Mortgage Company:     ROCKET MORTGAGE LLC FKA QUICKEN LOANS
Loan No: █████████
Name:  Mark Anthony Hickling
Property Address: 17 Stonegate Court, Mount Pocono, PA 18344

# PAYOFF AMOUNT

     This letter responds to your request for a payoff of the above referenced loan.

     In connection with the above-captioned matter, the amount required to **PAYOFF** the outstanding loan balance including foreclosure costs and counsel fees is **$127,913.37** effective through **June 28, 2026**.

     It is possible that additional expenditures may be incurred by either the mortgage company or this firm in the interim period between the time these figures are generated and the time funds are tendered. We strive to avoid such expenditures to allow sufficient time to tender payment; but at times, such expenditures are unavoidable. In this event, only the FULL amount due will be accepted.

**NOTE:** We require that you pay the fees and costs actually incurred as of the date of your payment. The attorney's fees and costs set forth in this figure are the actually incurred fees and costs as of the date this figure was prepared. Some of the attorney's costs may have been paid out by our firm to third parties such as courts, sheriffs, and other service providers. Some portion of those amounts that have been paid out to other parties may be refunded to our firm after today or after you tender funds. Our firm is entitled to collect the reasonable and actually incurred fees and costs due and owing as of the date funds are received. Any amounts refunded by third parties after payment has been tendered, will be refunded by our office to our client to either be applied to your account or returned to the borrower, at our client's discretion. If the amount tendered is less than the total amount due on the date of your payment, the lender or servicer reserves the right to reject your payment and continue with the legal process.

| | |
|---|---|
| Principal Balance due | $130,251.80 |
| Interest | $ 384.44 |
| Escrow Balance | $ <2,717.19> |
| Credit | $ <5.68> |
| TOTAL AMOUNT DUE MORTGAGE COMPANY | **$127,913.37** |

**<u>DO NOT</u> SEND PARTIAL PAYMENTS, THEY WILL BE RETURNED TO YOU.** If you do not have the full amount due, please contact our office and your Lender's home retention, workout or loss mitigation department.

**FORECLOSURE WILL CONTINUE UNTIL FULL PAYMENT IS RECEIVED BY OUR OFFICE. THIS LETTER DOES NOT GRANT ANY EXTENSION OR GRACE PERIOD.**